RECEIVED
NOV 2 0 2012
11-20-2012
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

JOSEPH WILBORN
PLAINTIFF
- VS -
LOUIS SHICKER, DAVID EAIEY,
WILLIAM JOHNSON, BENNETT, LLOYD,
HENRY, STARKWEATHER, A. WALTER, REES,
SORT TEAM DRIVERS, TACTEAM, SHELBY DUNN
LA KEISHA HAMBY, MARVIN POWERS, NIGEL VINYARD
CHRISTOPHER PHEMISTER, GARY VANHOOREBEKE,
NIGEL PHELPS AND OTHER UNKNOWN STAFF, et al
SUED IN THEIR INDIVIDUAL CAPACITY IN THIS ACTION
DEFENDANTS

12 C 9304
Judge Samuel Der-Yeghiayan
Magistrate Judge Young B. Kim

JURY TRIAL DEMANDED

## COMPLAINT

THIS IS A 42 U.S.C 1983 CIVIL SUIT RIGHTS ACTION FILED BY A
STATE PRISONER AGAINST STATE PRISON OFFICIALS

## PARTIES

1) JOSEPH WILBORN IS AND AT ALL TIMES RELEVANT TO THIS
COMPLAINT INCARCERATED AT

## DEFENDANTS

2) LOUIS SHICKER
TITLE I DOC AGENCY MEDICAL DIRECTOR
EMPLOYMENT JAMES THOMPSON CENTER 100 W. RANDOLPH ST. CHICAGO, IL 60601

3) NAME DAVID EAIEY
TITLE CORRECTIONAL SERGEANT
EMPLOYMENT MENARD CORR CTR. PO BOX 1000 MENARD IL 62259

4) NAME WILLIAM JOHNSON
TITLE CORRECTIONAL OFFICER
EMPLOYMENT MENARD CORR CTR. PO BOX 1000 MENARD IL 62259

2

5) NAME        BENNETT
   TITIE  CORRECTIONAL OFFICER
   EMPLOYMENT  MENARD CORR CTR. POBOX 1000 MENARD IL 62259

6) NAME        LLOYD
   TITIE  CORRECTIONAL OFFICER
   EMPLOYMENT  MENARD CORR CTR. POBOX 1000  MENARD IL 62259

7) NAME        HENRY
   TITIE  CORRECTIONAL OFFICER
   EMPLOYMENT  MENARD CORR CTR.  POBOX 1000  MENARD IL 62259

8) NAME        STARKWEATHER
   TITIE  CORRECTIONAL OFFICER
   EMPLOYMENT MENARD CORR CTR.  POBOX 1000  MENARD  IL  62259

9) NAME         REES
   TITIE  MAJOR
   EMPLOYMENT  MENARD CORR CTR  POBOX 1000  MENARD  IL  62259

10) NAME A. WALTER
    TITIE  NURSE RN
    EMPLOYMENT MENARD CORR CTR. POBOX 1000  MENARD IL  62259

11) NAME  UNKNOWN
    TITIE  TAMMS SORT TEAM DRIVERS
    EMPLOYMENT  TAMMS CORR CTR. 8500 SUPERMAX RD TAMMS, IL 62988

12) NAME  UNKNOWN
    TITIE  TAMMS TAC TEAM MEMBERS
    EMPLOYMENT TAMMS CORR CTR. 8500 SUPERMAX RD. TAMMS, IL 62988

13) NAME  SHELBY DUNN
   TITIE  NURSE RN
   EMPLOYMENT TAMMS CORR CTR. 8500 SUPERMAX RD. TAMMS. IL 62988

14) LAKEISHA HAMBY
   TITIE  NURSE RN
   EMPLOYMENT TAMMS CORR CTR. 8500 SUPERMAX RD. TAMMS. IL 62988

15) XIAME MARVIN POWERS
   TITIE  MEDICAL DIRECTOR / DOCTOR
   EMPLOYMENT TAMMS CORR CTR. 8500 SUPERMAX RD. TAMMS. IL 62988

16) NAME  NIGEL VINYARD
   TITIE  HEALTH CARE UNIT ADMINISTRATOR
   EMPLOYMENT TAMMS CORR CTR 8500 SUPERMAX RD. TAMMS. IL 62988

17) NAME CHRISTOPHER PHEMISTER
   TITIE CORRECTIONAL OFFICER
   EMPLOYMENT TAMMS CORR CTR. 8500 SUPERMAX RD. TAMMS. IL 62988

18) NAME GARY VANHOOREBEKE
   TITIE CORRECTIONAL OFFICER
   EMPLOYMENT TAMMS CORR CTR. 8500 SUPERMAX RD. TAMMS. IL 62988

19) NAME NIGEL PHELPS
   TITIE CORRECTIONAL OFFICER
   EMPLOYMENT TAMMS CORR CTR. 8500 SUPERMAX RD. TAMMS, IL 62988

20) NAME UNKNOWN
   TITIE LIEUTENANT
   EMPLOYMENT TAMMS CORR CTR. 8500 SUPERMAX RD. TAMMS, IL 62988

21) NAME UNKNOWN
   TITIE MAJOR
   EMPLOYMENT TAMMS CORR CTR. 8500 SUPERMAX RD. TAMMS, IL 62988

## JURISDICTION

22) THIS ACTION IS BROUGHT PURSUANT TO 42 U.S.C 1983 THIS COURT HAS PROPER JURISDICTION OVER THE ACTION PURSUANT TO 28 U.S.C. 1331 AND 1343 (a)

## COUNT ONE EXCESSIVE FORCE

23) ON INFORMATION AND BELIEF PLAINTIFF WAS SUBJECTED TO UNNECESSARY EXCESSIVE FORCE WHILE AT MENARD CORR CTR ON JULY 28TH 2011, WHEN I WAS WALKING OUT OF MY CELL #250 IN THE NORTH ONE CELL HOUSE JUST TRYING TO GO TO CHOW AND EAT DINNER WHEN DEFENDANT JOHNSON TOLD ME HE WASN'T LETTING ME GO TO CHOW AND WHEN I SAID WHY NOT TO DEFENDANT JOHNSON HE GRABBED MY NECK WITH HIS HANDS AND ONCE HE RELEASED THE HOLD, HIM AND DEFENDANTS BENNETT AND LLOYD ALL SLAMMED ME FACED DOWN ON THE FLOOR AND HANDCUFFED ME THEN WHILE I WAS LAYING DOWN ON MY STOMACH DEFENDANT EALEY AFTERWARDS CAME UP AND SPRAYED ME ALL IN THE FACE WITH MACE WHILE I WAS HANDCUFFED AND NOT RESISTING.

24) AFTER THAT UPON INFORMATION AND BELIEF DEFENDANT EALEY TOOK OFF MY PANTS SHOES AND SOCKS BEFORE DRAGGING ME DOWN THE GALLERY TO THE BACK DOOR BY THE COLLAR OF MY SHIRT AROUND MY NECK, THEN DEFENDANTS EALEY, LLOYD & BENNETT, ALL PUNCHED, KICKED, KNEED, CHOKED, STOMPED AND PUSHED ME HEAD AND FACE FIRST INTO WALLS, AND THREW TO THE FLOORS AND YANKED ME BACK UP BENDING MY ARMS UP BACKWARDS BEHIND ME ALL WHILE I WAS IN HANDCUFFS ALL THE WAY TO THE NORTH TWO CELL HOUSE UNIT BUILDING WHERE OTHER STAFF WAS WAITING WHO STARTED TO ATTACK ME DEFENDANTS STARKWEATHER AND HENRY AND OTHER UNKNOWN STAFF THAT PUNCHED, KICKED AND BEAT ME ALL TOGETHER, THEN DEFEDANT EALEY SPRAYED ME AGAIN IN THE FACE WITH MACE AND SPIT ON ME, THEY ALL BEATED ME ON AND OFF FOR HOURS THAT SEEM LIKED FOREVER WHILE TELLING ME MY FACE IS FUCKED UP AND SAYING THIS HOW THEY BEAT DOWN NIGGERS AND ASKING ME HOW I LIKE IT, AND SAYING BLACK PEOPLE HAVE PUBIC HAIR ON THEIR HEAD AND LAUGHING MAKING RACES JOKES AND COMMENTS WHILE I WAS BEAT INSIDE A BULLPEN

25) THEY MALICIOUSLY ATTACKED ME, WHILE A UNKNOWN FEMALE AND OTHER STAFF WATCHED INCLUDING MAJOR DEFENDANT REES, WHO NEVER STOP THE ATTACK ON PLAINTIFF CAUSING ME GREAT PAIN THAT LEFT ME WITH A DISLOCATED SHOULDER, BUSTED FACE, SWOLLEN SHUT EYES, BRUISE TONGUE, A LUMP ON MY RIB CAGE, CUTS ON MY HEAD, BURNING FROM MACE, SWOLLEN CUT WRIST LEFT NUMB, BACK AND NECK PAINS, HEAD ACHES, BRUISED AND INJURED ANKLES AND FEET, THEY USED EXCESSIVE FORCE ON ME MALICIOUSLY AND SADISTICALLY TO CAUSE PLAINTIFF HARM IN VIOLATION OF THE 8TH AMENDMENT OF THE UNITED STATES CONSTITUTION.

COUNT TWO FAILURE TO INTERVENE
26)    ON INFORMATION AND BELIEF DEFENDANTS REES, AND A UNKNOWN FEMALE OFFICER AND OTHER MALE OFFICERS STOOD NEAR MY ATTACK THAT I RECEIVED IN THE NORTH TWO CELL HOUSE BULL PEN HOLDING CELL WHERE I WAS BEAT, AND THEY ALL FAILED TO INTERVENE IN THE UNNECESSARY EXCESSIVE FORCE USED ON ME IGNORING MY REQUEST TO STOP THEM ALL NAMED DEFENDANTS IN COUNT ONE, VIOLATING PLAINTIFFS PROTECTED CONSTITUTIONAL RIGHTS AND FEDERAL RIGHTS UNDER THE 8TH AND 14TH AMENDMENT TO THE UNITED STATES CONSTITUTION.

COUNT THREE INTENTIONAL DELIBERATE INDIFFERENCE
27) ON INFORMATION AND BELIEF, AFTER I WAS BEAT BY DEFENDANTS IN COUNT ONE, PLAINTIFF REPEATEDLY REQUESTED MEDICAL ATTENTION FOR MY PHYSICAL INJURIES INCLUDING MY DISLOCATED SHOULDER THAT WAS DEFORMED AND CLEARLY STICKING OUT MY SKIN WHERE THE BONE COULD BE EASILY SEEN, AND ALL THE DEFENDANTS EALEY, JOHNSON, BENNETT, LLOYD, HENRY, STARKWEATHER, REES, A FEMALE OFFICER AND OTHER UNKNOWN MALE OFFICERS TOLD ME TO GO TO HELL AND NOBODYS GIVING ME ANYTHING AND WHEN I ASKED THE NURSE DEFENDANT A. WALTERS TO DO SOMETHING ABOUT MY ARM/SHOULDER AND THE BURNING MACE SHE ONLY TOLD ME THAT SHE WASN'T GOING AGAINST HER STAFF AND I WAS NOT GETTING ANY MEDICAL TREATMENT AND WALKED OUT THE BULLPEN AREA.

28) ALL THE DEFENDANTS LEFT PLAINTIFF IN EXTREME PAIN AND NONE OF THE DEFENDANTS PROVIDED ME WITH ANY TYPE OF MEDICAL TREATMENT, BUT YET THEY ALL SAW MY SHOULDER STICKING OUT DEFORMED AFTER I WAS SUBJECTED TO THEIR BEAT DOWN THEY TOLD ME I WAS GOING TO TAMMS AND NOT A HOSPITAL. SHOWING MALICIOUS INTENTIONS TO DENY MEDICAL ATTENTION IN VIOLATION OF PLAINTIFFS PROTECTED FEDERAL CONSTITUTIONAL RIGHTS TO THE 8TH AND 14TH AMENDMENTS TO THE UNITED STATES CONSTITUTION. SEE Exhibit A

COUNT FOUR   RETALIATION

29) ON INFORMATION AND BELIEF DEFENDANTS FALEY, JOHNSON, BENNETT, LLOYD, HENRY, STARWEATHER, REES AND OTHER UNKNOWN STAFF ALL TOLD ME THAT THEY WERE SENDING ME TO TAMMS WITH HOOKED UP DISCIPLINARY REPORTS AND SO I COULD NOT HAVE ACCESS TO ANY PHONE TO CALL MY FAMILY ABOUT WHAT THEY JUST DID TO ME IN COUNT ONE AND OUT OF RETALIATION THEY INDIVIDUALLY TOLD ME THIS WHAT I GET WHEN I COMPLAIN ABOUT GOING TO CHOW AT MENARD OR VIOLATE ANY RULES FOR ANYTHING, AND THAT NOONE IS GOING TO BELIEVE ME WHEN I COMPLAIN ABOUT IT UPON MY TRANSFER TO TAMMS BECAUSE THEY HAVE FAMILY AND FRIENDS THAT THEY INTEND TO NOTIFY WHEN I ARRIVE AND TO FOLLOW UP ON IF PLAINTIFF FILES GRIEVANCES AT TAMMS, IN WHICH VIOLATES PLAINTIFFS PROTECTED FEDERAL CONSTITUTIONAL RIGHTS TO THE 1ST, 8TH AND 14TH AMENDMENT TO THE UNITED STATES CONSTITUTION.

COUNT FIVE: UNNECESSARY DELAY DELIBERATE INDIFFERENCE

30) UPON INFORMATION AND BELIEF ABOUT 9 PM ALL THE DEFENDANTS IN COUNTS ONE AND THREE ALL HAD ME IN A CELL WITH NO WATER OR ANYTHING TO WASH OFF THE MACE AND TWO TAMMS SORT DRIVERS ARRIVED AT MENARD AND STRIP SEARCHED ME AND IMMEDIATELY NOTICED I COULDN'T RAISE MY RIGHT ARM/SHOULDER DURING THE SEARCH AND THEN SHACKLED AND CHAINED ME AND PUT ME IN A VAN.

31) PLAINTIFF REQUESTED TO BE TAKEN TO A HOSPITAL FOR HIS SHOULDER DISLOCATION BUT THE TWO OFFICERS DROVE ME TO TAMMS AS I WAS IN PAIN THE WHOLE RIDE TO TAMMS AND IGNORED ME AFTER THEY BOTH WITNESS THE SHOULDER DISLOCATION DURING THE STRIP SEARCH BOTH SORT TEAM DRIVER DEFENDANTS DID NOTHING. ON VIDEO CAMRA   SEE Exhibit C

32) UPON INFORMATION AND BELIEF PLAINTIFF ARRIVED AT TAMMS ABOUT 11pm AND WAS IMMEDIATELY STRIP SEARCHED AGAIN BY THE DEFENDANTS WHO WERE ON TAMMS TAC TEAM ALSO IN THE PRESENCE OF DEFENDANTS NURSE DUNN AND NURSE HAMBY AND TWO UNKNOWN DEFENDANTS A MAJOR AND A LIEUTENANT THAT ALL VERIFIED MY SHOULDER WAS STICKING OUT DISLOCATED AND THAT I COULDN'T MOVE IT OR RAISE IT UP FOR THE TAC TEAM INTAKE STRIP SEARCH, WHERE I INFORMED ALL THE DEFENDANTS THAT I NEED MEDICAL ATTENTION AND A DOCTOR BUT NOONE DID ANYTHING EXCEPT GIVE ME A MENTAL HEALTH SCREENING DESPITE ALL THE PAIN I WAS IN CAUSED BY A SERIOUS INJURY. ON VIDEO CAMRA, ALSO SEE Exhibit B.

33) ON INFORMATION AND BELIEF AFTER-WARDS PLAINTIFF WAS PUT IN ANOTHER HOLDING CELL IN THE HEALTH CARE, AND ALL THE DEFENDANTS LEFT ME IN EXCRUCIATING PAIN AND THEY ALL LEFT TAMMS AND WENT HOME DOING NOTHING TO HELP MY CONDITION OR PAIN. AND DEFENDANT NURSE DUNN AT A LATER DATE TOLD PLAINTIFF HE DIDN'T RECEIVE ANY MEDICAL ATTENTION BECAUSE HE WAS ACCUSED OF A WRONG DOING AT MENARD AND TAMMS EMPLOYEES DON'T PLAY OR TOLERATE THAT, ALL OF THESE DEFENDANTS DENIED ME TO MEDICAL TREATMENT IN VIOLATION OF THE 8TH AMENDMENT RIGHT TO MEDICAL TREATMENT AND THEIR ACTIONS CONSTITUTED DELIBERATE IN DIFFERENCE TO A SERIOUS MEDICAL NEED.

COUNT SIX: RETALIATION

34) ON INFORMATION AND BELIEF WHILE WAS IN THE HEALTH CARE UNIT ON 7-29-11 BETWEEN 3 - 5AM I WALKED TO MY CELL DOOR AND ASKED DEFENDANT PHEMISTER WAS THE TWO STYROFOAM TRAYS WITH MILK AND JUICE ON TOP FOR ME AT BREAKFAST TIME HOURS, AND DEFENDANT PHEMISTER SAID DO YOU HAVE A TICKET ACCUSED OF ASSAULTING STAFF AT MENARD AND PLAINTIFF SAID YEAH, THAT'S WHAT THEY SAY, THEN DEFENDANT PHEMISTER SAID WELL IAYDOWN BECAUSE YOU AINT EATING, AFTER ASKING FOR THE FOOD OVER AND OVER THE DEFENDANT JUST IGNORED AND TURNED OUT ALL OF THE HEALTH CARE UNIT LIGHTS, AND NEVER MADE AN ATTEMPT TO BRING ME THE TRAYS.

35) ON INFORMATION AND BELIEF ON SEVERAL MORE OCCASIONS DEFENDANT PHEMISTER DENIED PLAINTIFF MORE MEALS FOR FILING A GRIEVANCE FROM THE FIRST INCIDENT IN HEALTH CARE, INCLUDING ON 2-1-12 WHERE DEFENDANT PHEMISTER TOLD PLAINTIFF OUT LOUD ON THE WING B-2 TELLING PLAINTIFF THE MORE GRIEVANCES THIS PLAINTIFF WRITES THE MORE MEALS THE DEFENDANT WILL TAKE AND COVER IT UP ALL IN VIOLATION OF PLAINTIFFS 1ST, 8TH, AND 14TH AMENDMENT PROTECTED BY THE FEDERAL CIVIL RIGHTS TO THE UNITED STATES CONSTITUTION.

COUNT SEVEN CONTINUING VIOLATIONS DELIBERATE INDIFFERENCE FOLLOW UP TREATMENT

36 ON INFORMATION AND BELIEF, DEFENDANTS IN COUNT ONE BEAT PLAINTIFF SO BADLY THAT THEY DISLOCATED MY SHOULDER/COLLAR BONE AND HAD MY SHOULDER BONE PROTUDING UPWARD ABOUT TO TARE THROUGH MY SKIN AND CAUSED MY SHOULDER AREA BONE TO CAVE IN MY BACK BONE PARTIALLY COLLAPSING A LUNG AND HAS A BONE IN MY BACK BEHIND MY SHOULDER FLAT AND THE NERVES ACHE AND JUMP WITH SHARP PAINS THAT TRAVEL BACK AND FORTH FROM MY SHOULDER TO MY BACK, AFFECTING MY DAILY ACTIVITIES LIFE NECESSITIES. AND THERE IS A PERMANENT INJURY PLAINTIFF SUFFERS FROM AFTER THE BEATING IN COUNT ONE WHERE THERE IS A HARD (LUMP) KNOT BETWEEN MY CHEST AND RIB CAGE THAT CAUSES ME EXTREME WHEN I LEAN OVER, OR SLEEP ON MY STOMACH, THE KNOT WILL NOT GO AWAY AND IT IS PAINFUL AND PLAINTIFF WAS TOLD BY DEFENDANT POWERS THAT IT WILL GO AWAY AND AFTER A YEAR LATER IT STILL HASN'T, AND DEFENDANT POWERS STILL IGNORES ALL THE PAIN ON MY RIB CAGE AREA, AND WONT DO ANYTHING FOR IT OR ABOUT IT.

37) ON INFORMATION AND BELIEF PLAINTIFF WAS TAKEN TO AN OUTSIDE DOCTOR NAME JAFFE BURTON AT HEARTLAND REGIONAL MEDICAL CENTER ON JULY 29, 2011 WHO FIXED MY SHOULDER AND PUT IT IN A SLING AND SWATH AND WROTE MEDICAL ORDERS FOR FOLLOW UP TREATMENT FOR MY SHOULDER/ARM AND DEFENDANT POWERS, VINYARD, AND IDOC AGENCY MEDICAL DIRECTOR LOUIS SHICKER ARE INTENTIONALLY DENYING ME THIS TREATMENT AS DEFENDANT POWERS AND VINYARD REASONSIS BECAUSE OF AN ADMINISTRATIVE BUDGET AND A INFORMAL POLICY THAT INMATES CAN NOT BE SENT OUT UNLESS IT IS LIFE THREATENING OR BROKEN BONES, AND BECAUSE I'VE BEEN WRITING GRIEVANCES AND PUBLIC OFFICIALS, DEFENDANT POWERS HAS EVEN WENT SO FAR AS TELLING ME "LET MOTHER NATURE WORK" AND THEN TELLING ME "HE CANT HELP ME BECAUSE HE'S NOT GOD" AND ANOTHER TIME TOLD ME STAY OUT OF ALTERCATIONS AND MY SHOULDER WOULDN'T GET DISLOCATED. THESE ARE STATEMENTS MADE BY POWERS ON, 8,17,11 3,9,8,11 AND 6,26,12

38) ON INFORMATION AND BELIEF DEFENDANT POWERS TOOK MY SLING ON 8-23-11, IN KNOWING THE DOCTOR TOLD ME TO HAVE IT FOR MY SHOULDER AT ALL TIMES, AND I TOLD DEFENDANT POWERS I NEEDED IT BUT HE STILL INTERFERED WITH THE DOCTOR'S ORDER.

39) DEFENDANT VINYARD HAS ALL MY MEDICAL RECORDS AND KNOWS THAT THE DOCTER GAVE AN ORDER FOR FOLLOW UP TREATMENT TO BE SEEN BY AN SHOULDER SPECIALIST ORTHOPEDIST, IN WHICH MY SHOULDER AND ARM IS STILL CAUSING ME ACUTE PAIN AND SWELLS UP OVER NIGHT AND MANY NURSES HAVE DOCUMENTED THE SWELLINGS AND ABNORMAL APPEARANCES, AND EVEN DEFENDANT POWERS HAS SAID IT HIMSELF THAT IT WAS PUFFY AND PLAINTIFF HAS AN INTERNAL INJURY. SEE Exhibit D

40) DEFENDANT POWERS AND VINYARD ARE DOWN PLAYING MY SERIOUS MEDICAL NEED AND HAVE AUTHORIZE MEDICAL STAFF TO FALSIFY MY MEDICAL RECORDS.

41) DEFENDANT SHICKER THE IDOC AGENCY MEDICAL DIRECTOR HAS READ THE MEDICAL ORDER GIVEN BY THE HOSPITAL PHYSICAN JAFFE BURTON THAT STATE I WILL NEED TO BE SEEN BY AN ORTHOPEDIST, BUT YET IN STILL YOU HAVE DEFENDANT SHICKER TELLING TAMMS MEDICAL DIRECTOR DEFENDANT POWERS NOT TO SEND ME OUT FOR MY FOLLOW UP TREATMENT. SEE EXHIBIT E

42) DEFENDANT SHICKER IS INTENTIONALLY INTERFERING WITH PLAINTIFF COURSE OF TREATMENT. AND WHILE DOING SO PLAINTIFF IS SUFFERING GREAT PAIN FROM DAY TO DAY.

43) PLAINTIFF ASKED THE PHYSICIAN JAFFE BURTON WHAT CAN STOP PLAINTIFF FROM RECEIVING SUCH DISLOCATIONS AND THE PHYSICIAN TOLD ME SUGERY AND THAT IS THE ONLY LOGICAL AND REASONABLE SOLUTION FOR AN ITERNAL INJURY

44) DEFENDANT SHICKER, POWERS, AND VINYARD REFUSE TO ARRANGE FOR ME TO SEE A SHOULDER SPECIALIST ORTHOPEDIST SOMEONE WHO CAN DETERMINE WHY MY SHOULDER CONSTANTLY SWELLS UP, AND CAUSES ME PAIN WITH LIMITED MOTION, AND THE REASON WHY MY ARM POPS ON MOVEMENT

45) THE PHYSICIAN JAFFE BURTON HAS ALSO DOCUMENTED IN PLAINTIFFS DISCHARGE INSTRUCTIONS THAT THE TENDONS IN MY UPPER ARM FROM A PRIOR INJURY HAS CONTRIBUTED TO THE PAIN I'M IN. BECAUSE THOSE TENDONS ARE DAMAGED,

46) MEDICAL RECORDS SHOW I HAVE A SERIOUS INJURY THAT NEEDS A DOCTOR ASSISTANCE, THE LONGER IT TAKE TO BE TREATED THE WORSER IT WILL GET. IT'S NOT GETTING BETTER BY THE DELAY, BUT WORSER, AN ORTHOPEDIST IS CAPABLE OF DETERMING WHAT COURSE OF TREATMENT I NEED. DEFENDANT SHICKER TOLD ME I ALREADY RECEIVE TREATMENT FOR MY SHOULDER HERE AT TAMMS, BUT THAT'S IMPOSSIBLE BECAUSE NO ORTHOPEDIST HAS EVALUATED MY SHOULDER AS THE MEDICAL ORDER SAID.

11

47) THE PAIN INSIDE PLAINTIFF SHOULDER IS NOT SMALL TIME IT TRAVELS TO THE RIGHT SIDE OF PLAINTIFFS BACK, AND WHEN PLAINTIFF MOVE HIS ARM HIS BACK HURT PLAINTIFF HAS TRIED TO GET MEDICAL ATTENTION FOR THIS SHOULDER INJURY SINCE July 29, 2011.

48) DEFENDANT POWERS TOOK PLAINTIFF SLING, AND REFUSE TO GIVE PLAINTIFF A INFRONT CUFFING PERMIT, WHERE THIS CAUSES PAIN WHERE PLAINTIFF HAS TO STICK HIS ARMS OUT THE CHUCK HOLE TO CUFF UP BACKWARDS ON ALL PRISON MOVEMENT,

49) DEFENDANT POWERS WONT GIVE PLAINTIFF MUSCLE RELAXERS OR AN EXTRA PILLOW OR MATRESS AND TOOK PLAINTIFF SLING DESPITE THE OUTSIDE DOCTOR MEDICAL ORDER.

50) DEFENDANT POWERS TOLD PLAINTIFF ON **JUNE 26, 2012** DO TO TAMMS POSSIBLE CLOSURE I WILL HAVE TO GET TREATMENT AT MY NEXT FACILITY AND VERIFIED MY SHOULDER SWELLING BUT TOLD ME HES NOT GOD.

51) DEFENDANT SHICKER, POWERS, AND VINYARD ARE ALL FULLY AWARE THAT THE LUMP BETWEEN MY CHEST AND RIBS CAUSES SEVERE PAIN AND GREAT DIFFICULTY IN LIFE, AND THAT THE MEDICAL ORDER SAID I SHALL RECEIVE OUT PATIENT THERAPY SERVICES STILL TO THIS DAY NONE OF THESE MEDICAL ORDERS BEEN APPLIED WHICH IS A COMPLETE DENIAL OF MEDICAL CARE BY THE DEFENDANTS SHICKER, POWERS AND VINYARD CAUSING PLAINTIFF NOT ONE BUT TWO PERMANENT INJURIES AND THE OUTSIDE SPECIALIST JAFFE BURTON PLAINTIFF WAS SEEN BY LAST YR ON JULY 29 2011 RECOMMENDED IN HIS DISCHARGE SPECIAL INSTRUCTIONS FOLLOW UP TREATMENT THERAPY FOR THE LUMP OF SEVERE PAIN ON THE RIB, AND FOR PLAINTIFF TO BE SEEN BY AN ORTHOPEDIST SPECIALIST AND BY THE DEFENDANTS INTERFERING WITH THOSE PRESCRIBED TREATMENTS, PLAINTIFF IS BEING DEPRIVED OF HIS PROTECTED FEDERAL CONSTITUTIONAL RIGHTS TO THE 8TH AND 14TH AMENDMENTS TO THE UNITED STATES CONSTITUTION.

COUNT EIGHT RETALIATION

52) UPON INFORMATION AND BELIEF ON SEPT, 24, 2011 I RECEIVED MY PERSONAL PROPERTY FROM MY TRANSFER FROM MENARD CORR CTR ON JULY 28 2011 AND I IMMEDIATELY NOTICED MY EYE GLASSES AND MANUSCRIPTS WERE MISSING THAT WAS INVENTORIED AT MENARD ON JULY 30 2011 WITH MAIL/LETTERS, PERSONAL PAPERS, LEGAL TABLET ETC, WHERE MY MANUSCRIPTS WERE WROTE ON AND IN ENVELOPES WITH MAIL THE MANILLA.

53) UPON INFORMATION AND BELIEF I ASKED TAMMS PERSONAL PROPERTY OFFICER DEFENDANT VANHOOREBEKE A FEW TIMES WHAT HAPPENED TO MY GLASSES, OTHER PROPERTY AND MANUSCRIPTS AND HE TOLD PLAINTIFF THE SAME STORY AND RECENTLY ON .2/20/12 AND 9/7/12 WHILE AT LAW LIBRARY THAT SINCE YOU WANT TO FIGHT MY FRIEND/FRIENDS AT MENARD I FELT I WAS OBLIGATED TO TAKE YOUR HAND WRITTEN MANUSCRIPTS AS A TOKEN OF GET BACK WITH YOUR GLASSES AND THINGS, AND IF YOU FILE A GRIEVANCE NOONE IS GOING TO SAY ANYTHING BUT I PROMISE YOU I WILL CONTINUE TO FUCK OVER YOUR MAIL AND PROPERTY COMING IN FOR YOU AND EVERYTHING ELSE FOR MY FRIENDS AT MENARD I TOLD DEFENDANT VANHOOREBEKE I DONT KNOW WHAT HE TALKING ABOUT.

54) DEFENDANT VANHOOREBEKE WAS TALKING ABOUT THE DEFENDANTS WHO BEAT ME UP AND WROTE FALSE DISCIPLINARY REPORTS ON PLAINTIFF, THE ACTIONS OF DEFENDANT VANHOOREBEKE VIOLATED PLAINTIFFS PROTECTED FEDERAL CONSTITUTIONAL RIGHTS TO THE 1ST, 8TH AND 14TH AMENDMENT TO THE UNITED STATES CONSTITUTION.

COUNT NINE : RETALIATION

55) UPON INFORMATION AND BELIEF ON 8/25/11 DEFENDANT PHELPS PUT HANDCUFFS ON PLAINTIFF EXCESSIVELY TIGHT CUTTING OFF MY BLOOD CIRCULATION DURING A SICK CALL BLOOD TEST AT THE NURSE STATION TO THE POINT WHERE NURSE RHONDA MEDLIN COMPLAINED WITH ME BECAUSE SHE COULD NOT DRAW MY BLOOD.

56) DEFENDANT PHELPS RAM SHACK MY CELL DURING A SHAKE DOWN THROWING MY BED SHEETS, LEGAL DOCUMENTS, CLOTHES AND OTHER PROPERTY ALL OVER THE CELL AND TOOK MY PEN.

13

57) ON INFORMATION AND BELIEF ON OCT, 9, 2011 DEFENDANT PHELPS REFUSED TO GIVE PLAINTIFF HIS REQUESTED READING MATERIALS WHEN LIBRARY BOOKS WERE PASSED OUT. DEFENDANT PHELPS TOOK PLAINTIFFS READING MATERIALS BACK OFF THE WING ON E-1 POD.

58) ON OCT 19, 2011 DEFENDANT PHELPS DESTROY PLAINTIFF CELL AGAIN WHILE PLAINTIFF WAS AT THE BARBERSHOP, AND ON OCT, 26 2011 THREW PLAINTIFF LEGAL DOCUMENTS OFF THE TOP GALLERY TO THE FLOOR, AFTERWARDS OCT, 27 2011 DEFENDANT PHELPS THEN PURPOSELY SLAMMED PLAINTIFFS HAND IN THE (CHUCK HOLE) FOOD SLOT AND WROTE PLAINTIFF A FALSE FABRICATED DISCIPLINARY REPORT TO KEEP PLAINTIFF ON THE ELEVATED SECURITY WING DEFENDANT PHELPS HAS TOLD PLAINTIFF THAT HE DOES THESE things BECAUSE OF THE GRIEVANCES I FILED AND BECAUSE OF Allege STAFF ASSAULTS AT MENARD, DEFENDANT PHELPS THREATENED TO BRAKE PLAINTIFF SHOULDER AND CANT WAIT HE EXPLAINED ON JAN, 12TH 2012, DEFENDANT PHELPS WROTE PLAINTIFF A FALSE DISCIPLINARY REPORT ON THE SAME DAY HE RESPONDED TO PLAINTIFFS GRIEVANCE 10, 27, 11 ON 4-7-12 DEFENDANT PHELPS TOOK FOOD OFF PLAINTIFF TRAY AND SAID YALL WILL LEARN About Filing GRIEVANCES.

59) PLAINTIFF HAS RECEIVED AND EXPERIENCE RETALIATION FROM DEFENDANT PHELPS AND OTHER STAFF WHILE AT TAMMS CORR CTR, FOR Filing GRIEVANCES AND COMPLAINING All IN VIOLATION OF PLAINTIFFS PROTECTED FEDERAL CONSTITUTIONAL RIGHTS TO THE 1ST AND 8TH AMENDMENT TO THE UNITED STATES CONSTITUTION.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

60) PLAINTIFF FILED GRIEVANCES WHILE INCARCERATED AT TAMMS CORR CTR. RELATING TO All COUNTS IN THIS COMPLAINT. PLAINTIFF FORWARDED HIS GRIEVANCES TO THE GRIEVANCE LIASION, THE WARDEN AND DEPARTMENT OF CORRECTIONS OFFICIALS, A.R.B APPEAL BOARD OFFICE IN SPRINGFIELD Illinois, All OFFICIALS DENIED PLAINTIFFS GRIEVANCES ON THE MERITS.

COUNT ONE: VIOLATION OF 42 U.S.C 1983: EXCESSIVE FORCE

61) THE ALLEGATIONS OF PARAGRAPHS 1 TO 60 ARE INCORPORATED HEREIN BY REFERENCE

62) AS A INMATE IN THE CUSTODY OF THE ILLINOIS DEPARTMENT OF CORRECTIONS, PLAINTIFF HAS A RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT UNDER THE 8TH AMENDMENT TO THE UNITED STATES CONSTITUTION, DEFENDANTS EALEY, JOHNSON, BENNETT LLOYD, HENRY, STARKWEATHER USED EXCESSIVE FORCE ON PLAINTIFF AS DESCRIBED IN COUNT ONE.

63) THE ACTIONS OF DEFENDANTS IN COUNT ONE CAUSE PLAINTIFF INFLICTION OF UNWANTON AND UNNECESSARY PAIN AND SUFFERING THAT VIOLATES THE 8TH AMENDMENT TO THE U.S. CONSTITUTION

64) AS A DIRECT RESULT OF ALL DEFENDANTS NAMED HEREIN AND UNKNOWN BY REFERENCE HAS INTENTIONALLY DEPRIVED PLAINTIFF OF HIS PROTECTED FEDERAL CIVIL RIGHTS UNDER THE 8TH AMENDMENT CONSTITUTED EXCESSIVE FORCE PLAINTIFF SUFFERED HARM AND THEREFORE IS ENTITLED TO COMPENSATORY AND PUNITIVE DAMAGES UNDER 42 U.S.C 1983.

COUNT TWO: VIOLATION OF 42 U.S.C 1983: FAILURE TO INTERVENE

65) THE ALLEGATIONS OF PARAGRAPHS 1 TO 60 ARE INCORPORATED BY REFERENCE HEREIN

66) DEFENDANT REES AND OTHERS UNKNOWN WAS WELL AWARE OF THE EXCESSIVE FORCE CITED IN COUNT ONE ON THE PLAINTIFF AND STOOD BY AND FAILED TO INTERVENE OR FAILED TO DO ANYTHING TO STOP THE ACTIONS IN COUNT ONE.

67) AS A DIRECT AND PROXIMATE RESULT OF DEFENDANTS ACTION OR INACTIONS HEREIN HAS INTENTIONALLY DEPRIVED PLAINTIFF OF HIS 8TH AND 14TH AMENDMENT PROTECTED FEDERAL CIVIL RIGHTS, PLAINTIFF SUFFERED HARM AND IS ENTITLED TO COMPENSATORY AND PUNITIVE DAMAGES UNDER 42 U.S.C. 1983.

COUNT THREE: INTENTIONAL DELIBERATE INDIFFERENCE VIOLATION OF 42 U.S.C 1983

68) THE ALLEGATIONS OF PARAGRAPHS 1 TO 60 ARE INCORPORATED HEREIN BY REFERENCE

69) AS A INMATE IN THE CUSTODY OF THE ILLINOIS DEPARTMENT OF CORRECTIONS PLAINTIFF HAS A RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT UNDER THE 8TH AMENDMENT TO THE UNITED STATES CONSTITUTION.

70) ALL THE DEFENDANTS IN COUNT ONE WERE ALL ASKED TO CORRECT PLAINTIFFS MEDICAL PROBLEMS AND HOWEVER ALL THE DEFENDANTS CONTINUED TO REFUSE TO TREAT ME, INCLUDING THE DEFENDANTS IN COUNTS ONE AND TWO AND THREE.

71) AS A DIRECT AND PROXIMATE RESULT OF SAID DEFENDANTS DEPRIVIATION OF PLAINTIFFS 8TH AMENDMENT RIGHTS, PLAINTIFF SUFFERED HARM AND THEREFORE IS ENTITLED TO COMPENSATORY AND PUNITIVE DAMAGES UNDER 42 U.S.C. 1983

COUNT FOUR: VIOLATION OF 42 U.S.C 1983: RETALIATION

72) THE ALLEGATIONS OF PARAGRAPHS 1 TO 60 ARE INCORPORATED HEREIN BY REFERENCE

73) PLAINTIFF WAS ACCUSED OF BREAKING RULES AND SPEAKING UP FOR HIS RIGHTS TO EAT CHOW AND ALL THE DEFENDANTS IN COUNTS ONE AND TWO UNDERTOOK THE UNLAWFUL CONDUCT DESCRIBED IN FACT EACH DEFENDANT IN COUNTS ONE AND TWO TOLD THE PLAINTIFF THAT WAS THEIR REASONS FOR THEIR ACTIONS AND TO SEND PLAINTIFF TO ANOTHER FACILITY TO BE DENIED ACCESS TO (CONTACT) CALL FAMILY WITH FABRICATED DISCIPLINARY REPORTS WITH FAMILY AND FRIENDS TO FOLLOW UP.

74) AS A DIRECT RESULT AND APPROXIMATE RESULT OF DEFFENDANTS DEPRIVATION OF PLAINTIFFS 1ST, 8TH AND 14TH AMENDMENT RIGHTS, PLAINTIFF SUFFERED HARM AND IS ENTITLED TO COMPENSATORY AND PUNITIVE DAMAGES UNDER 42 U.S.C 1983.

COUNT FIVE: VIOLATION OF 42 U.S.C 1983 UNNECESSARY DELAY DELIBERATE INDIFFERENCE

75) THE ALLEGATIONS OF PARAGRAPHS 1 TO 60 ARE INCORPORATED HERE IN BY REFERENCE

76) AS AN INMATE IN CUSTODY OF THE ILLINOIS DEPARTMENT OF CORRECTIONS IDOC. PLAINTIFF HAS A RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT UNDER THE 8TH AMENDMENT TO THE U.S. CONSTITUTION.

77) THE ACTIONS OF DEFENDANTS IN COUNTS ONE, TWO, THREE ALL FORCE PLAINTIFF TO ENDURE IN OVER APPROXIMATELY (20) TWENTY HOURS OF EXCRUCIATING PAIN AND SEEING PLAINTIFF ARM WAS DEFORMED, ABNORMAL AND STICKING THE BONE OUT WITHOUT PROVIDING ANY MEDICAL CARE SUBJECTED PLAINTIFF TO UNNECESSARY UNWANTON AND INFLICTION OF PAIN AND SUFFERING.

78) AS A DIRECT RESULT AND APPROXIMATE RESULT OF DEFENDANTS ACTIONS IN COUNT FIVE DEPRIVING PLAINTIFF OF HIS PROTECTED FEDERAL CIVIL RIGHTS UNDER THE 8TH AMENDMENT, PLAINTIFF WENT FROM 4 PM ONE DAY TO 12 PM THE NEXT DAY WITH NO MEDICAL ATTENTION, PLAINTIFF SUFFERED HARM AND PARMANENT INJURIES AND THEREFORE IS ENTITLED TO COMPENSATORY AND PUNITIVE DAMAGES UNDER 42 U.S.C 1983.

COUNT SIX: VIOLATION OF 42 U.S.C 1983   RETALIATION

79) THE ALLEGATIONS OF PARAGRAPHS 1 TO 60 ARE INCORPORATED HEREIN BY REFERENCE

80) AS PLAINTIFF WAS ACCUSED OF BREAKING RULES AND COMPLAINING ABOUT HIS CONDITIONS AT MENARD CONCERNING CHOW, DEFENDANT PHEMISTER UNDER TOOK THE UNLAWFUL CONDUCT AND GAVE HIS REASON FOR NOT GIVING PLAINTIFF HIS NEXT MEAL WHICH DEFENDANT DEPRIVED PLAINTIFF HIS FOOD FROM BEHIND A STEEL DOOR MAKING IT EASY BECAUSE THE PLAINTIFF WAS ALONE WITH THE DEFENDANT WHERE DEFENDANT PHEMISTER ADMITTED PLAINTIFF DIDN'T GET TO EAT UPON HIS ARRIVAL TO TAMMS, AND WHERE THE DEFENDANT KEPT NOT GIVING PLAINTIFF HIS MEALS FOR GRIEVANCES

81) AS A DIRECT AND PROXIMATE RESULT OF DEFENDANTS ACTIONS DESCRIBED IN COUNT SIX AND AS AN INMATE IN CUSTODY OF ILLINOIS DEPARTMENT OF CORRECTIONS PLAINTIFF WAS DEPRIVED OF HIS CONSTITUTIONAL RIGHTS TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT UNDER THE 1st,8TH, AND 14TH AMENDMENTS OF THE FEDERAL CIVIL RIGHTS UNDER THE U.S CONSTITUTION.

COUNT SEVEN: VIOLATION OF 42 U.S.C 1983 CONTINUING VIOLATION DELIBERATE INDIFFERENCE FOLLOW UP TREATMENT

82) THE ALLEGATIONS OF PARAGRAPHS 1 TO 60 ARE INCORPORATED HERE IN BY REFERENCE.

83) AS A INMATE IN THE CUSTODY OF THE ILLINOIS DEPARTMENT OF CORRECTIONS, PLAINTIFF HAS A RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT UNDER THE 8TH AMENDMENT TO THE UNITED STATES CONSTITUTION

84) DEFENDANTS SHICKER, POWERS AND VINYARD ALL WERE AWARE OF MY MEDICAL PROBLEMS AND DID NOTHING TO CORRECT IT AND HAS CONTINUED TO DENY PROPER RECOMMENDED FOLLOW UP TREAT BOTH FOR MY SHOULDER AND RIB CAGE, CAUSING MY PERMANENT INJURIES AND DISFIGUREMENT.

85) AS A DIRECT AND PROXIMATE RESULT OF DEFENDANTS DEPRIVATION OF PLAINTIFFS 8TH AMENDMENT RIGHTS, PLAINTIFF IS AND HAS SUFFERED IRREPARABLE HARM AND IS ENTITLED TO COMPENSATORY AND PUNITIVE DAMAGES AND MEDICAL TREATMENT UNDER 42. U.S.C 1983.

COUNT EIGHT VIOLATION OF 42 U.S.C 1983   RETALIATION

17

86) THE ALLEGATIONS OF PARAGRAPHS 1 TO 60 ARE INCORPORATED HERE IN BY REFERENCE

87) IN RELATION TO THE INCIDENT IN COUNT ONE WITH PLAINTIFF, DEFENDANT **VANHOORBEKE** UNDER TOOK UNLAWFUL CONDUCT DESCRIBED IN COUNT EIGHT, IN FACT DEFENDANT SPECIFICALLY TOLD ME THAT HE WAS DOING HIS ACTIONS FOR HIS FRIENDS IN COUNT ONE AND FOR GRIEVANCES

88) AS A DIRECT AND APROXIMATE RESULT OF DEFENDANT DEPRIVATION OF PLAINTIFFS 1ST, 8TH AND 14TH AMENDMENT RIGHTS, PLAINTIFF SUFFERED HARM AND IS ENTITLED TO COMPENSATORY AND PUNITIVE DAMAGES UNDER 42.U.S.C 1983

COUNT NINE; VIOLATION OF 42 U.S.C 1983   RETALIATION

89) THE ALLEGATIONS OF PARAGRAPHS 1 TO 60 ARE INCORPORATED HERE IN BY REFERENCE

90) IN RELATION TO THE INCIDENT IN COUNT ONE WITH PLAINTIFF DEFENDANT PHELPS UNDER TOOK UNLAWFUL CONDUCT DESCRIBED IN COUNT NINE WHERE DEFENDANT PHELPS TOLD PLAINTIFF ON OCT, 26, 2011 THAT HIS TRANSFER ALLEGATIONS FROM MENARD AND THE GRIEVANCES PLAINTIFF FILED ON THE DEFENDANTS IN COUNT ONE AND TWO AND GRIEVANCES FILED ON DEFENDANT PHELPS IS WHY DEFENDANT PHELPS SLAMMED PLAINTIFF HAND IN THE FOOD SLOT PASSAGE AND DONE OTHER BAD ACTS UPON PLAINTIFF.

91) AS A DIRECT AND APPROXIMATE RESULT OF BEING DEPRIVED OF MY PROTECTED FEDERAL CIVIL RIGHTS UNDER THE 1ST, 8TH AND 14 TH AMENDMENT RIGHTS, PLAINTIFF HAS SUFFERED HARM AND IS **ENTITLED** TO COMPENSATORY AND PUNITIVE DAMAGES UNDER 42 U.SC 1983.

# PRAYER FOR RELIEF

18

WHEREFORE, JOSEPH WILBORN REQUEST THAT THIS COURT GRANT THE FOLLOWING RELIEF, JOINTLY AND SEVERALLY AGAINST All NAMED DEFENDANTS.

(A) BE GIVEN A CHANCE TO BE MEDICALLY EVALUATED BY A SHOULDER SPECIALIST ORTHOPEDIC FOR MEDICAL TREATMENT FOR MY SHOULDER.

(B) BE GIVEN A CHANCE TO BE MEDICALLY EVALUATED BY A PHYSICIAN FOR THE LUMP ON MY RIGHT RIB CAGE.

(C) DECLARE THAT THE POLICIES, PRACTICES AND ACTS COMPLAINED OF ARE ILLEGAL AND UNCONSTITUTIONAL.

(D) AWARD COMPENSATORY DAMAGES FROM All DEFENDANTS JOINTLY AND SEVERALLY IN AN AMOUNT TO BE DETERMINED BY THE FACT FINDER AT TRIAL.

(E) AWARD PUNITIVE DAMAGES FROM All DEFENDANTS IN AN AMOUNT JOINTLY AND SEVERALLY TO BE DETERMINED BY THE FACT FINDER AT TRIAL.

(F) AWARD REASONABLE ATTORNEY FEES, COST, AND EXPENSES PURSUANT TO 42 U.S.C 1988

(G) AWARD PLAINTIFF TO BE RELEASED FROM TAMMS AND BE PLACED BACK IN GENERAL POPULATION

(H) AWARD ANY OTHER RELIEF THIS COURT FINDS TO BE JUST PROPER AND APPROPRIATE TOWARDS THE ALLEGATIONS IN THE COMPLAINT AGAINST All DEFENDANTS.

EXECUTED ON October 18, 2012

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission [...] 12, 2015

RESPECTFULLY SUBMITTED

SIGN SUBSCRIBED AND SWORN TO BY

/S/ Joseph Wilborn

CERTIFICATION PROVISIONS OF 735 ILCS

JOSEPH WILBORN R17937
TAMMS CORR CTR
8500 SUPERMAX ROAD
TAMMS, IL 62988

5/1-109 (WEST LAW 2012)

Exhibit 35
A

AFFIDAVIT

I, Judson Crow #M-00994, being first duly sworn upon my oath deposes and states that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto: While I was in North 2 Cellhouse at Menard CC on July 28th 2011 on 3-11 shift, I seen "SGT" Ealey walking a inmate. The inmate was beat up, he was asking the C/o's & SGT to be taken to medical that his shoulder was dislocated. SGT Ealey and C/o's will him only laughed at the inmate and made racist comments towards him. Saying something like, only thing you got coming is a trip to Tamms. The inmate was real beat up, face swollen, eyes swoll shut. The inmate kept asking to go to medical, that he was hurting. I didn't know the inmate at the time, wasn't until later I found out it was "Wilborn" I stopped SGT Ealey at my cell door & ask what happen to ole boy, he stated we had to "whip that Niggers ass.

October 18, 2012

Becky Adams

Judson Crow #M00994

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2015

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Health Status Transfer Summary**

Exhibit B   40

**Transferring Facility:** Menard Corr. Center

Offender Information:
Last Name: **Wilbourn**   First Name: **Joseph**   MI: ____   ID#: **R19937**

Date: **7.28.11**   Time: **7**   ☐ a.m. ☒ p.m.

**Transfer Screening** (completed by transferring facility health care staff):   ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: **PCN**

Current / Acute Conditions / Problems: **S/P altercation**   Food Handler Approved: ____

Chronic Conditions / Problems: _____

Current Medications (name, dosage, frequency, and duration):
Acute Short-term: _____
Chronic Long-term: **Ø**
Chronic Psychotropic: _____

Current Treatments: _____

Therapeutic Diets: _____

Follow-Up Care: **RTC**

Chronic Clinics: _____

Specialty Referrals: _____

Significant Medical History: **Hx of dislocated shoulder, HA's**

Physical Disabilities / Limitations: **↓ visual acuity**

Assistive Devices / Prosthetics: _____

Mental Health Issues: ☐ Hx Suicide Attempt: Date: ___/___/___   ☐ Hx Psych Med  ☐ Hx MPC / STC   Substance Abuse: ☐ Alcohol ☒ Drugs
☒ Glasses   ☐ Dentures

Print Name and Title: **A Walter RN**   Signature: **A Walter**   Date: **7.28.11**

**Reception Screening** (completed by receiving facility health care staff):
Facility: **Tamms C-MAX**   Date: **7.28.11**   Time: **11:05**   ☐ a.m. ☒ p.m.

Current Complaint: **Rt. shoulder discomfort**   Assessment: **new intake**

Current Medications/Treatment: **no current meds.**

Objective:
Physical Appearance/Behavior: **multiple bruises-torso, both shoulders O.U. eyes, bruising abrasion to neck, laceration above Lt. eye**
Deformities: Acute/Chronic: **abnormal appearance Rt. shoulder (s/p dislocated)**
T: **98.9**  P: **92**  R: **18**  B/P: **140/92**

Plan: Disposition:
☒ Health Information Given   ☐ Emergency Referral: ____
☒ Sick Call: Urgent / Routine
☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
☐ Work / Program Limitation   ☐ Specialty Referrals   ☒ Other (specify): **MDSL line**
☒ Infirmary Placement: **security placement**
☐ HIV Test & Counseling Offered (only transfers from R&C)
☐ Other (specify): _____

Printed Name and Title: **L. Hamby RN**   Signature: **L. Hamby, RN**   Date: **7.28.11**

**For Adult Transition Center transfers only:**   Hx of Sexual Assault – **no**      Hx of Perpetration – **no**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature: _____   Date: ____   Time: ____   ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility; Receiving Facility

DOC 0090 (Rev. 1/2008)

39

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### TAMMS CORRECTIONAL _____ Center

Exhibit C

| Offender Information: |
|---|
| Wilbourne _____ Joseph _____ _____ ID#: R17937 |
| Last Name          First Name          MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 29 July 07 | MD Note. | |
| 980 AM | New arrival over-night from Menard C.C. after an altercation. Is alert + oriented, wearing boxer shorts. Favoring RUE + right shoulder mildly deformed suggestive of an anterior dislocation, unable to elevate hand over head. Hand is cold, skin + nails blanch c̄ pressure and rapidly pink-up. Has good RUE hand grip. Has history of RUE joint dislocating + reducing spontaneously. Has + recent in chart of RUE dislocation from April 2011. Also tender right anterolateral rib cage to A-P compression but not bilateral compression. DD swollen shut c̄ conjunctival hemorrhage. OS swollen less and both PERRL, E.O.M intact and fundascopic normal bilaterally. Torque tip has mild hematoma. Ears normal + TM's normal. Good gait. | ⓂSpoke c̄ Dr. Jeffcoat Heartland Regional ER + going there for x-ray assessment + any reduction of RUE. [signature] noted ceiling [signature] 7/29/11 |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

<u>TAMMS CORRECTIONAL</u>   Center

| Offender Information: |
|---|
| Welbourn          Joseph          ID#: R 17934 |
| Last Name          First Name          MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7·29·11 8³⁰/a | LPN Note: | P. Monitor |
| | S— My shoulder is hurting me all night. I just had it fixed a while back. Is the doctor coming. O. Offender stated above noted R shoulder and right arm drooping. ⊕ C/o of pain at this time Noted Rt eye swollen shut Numerous scratches and bruise. | per Rounds |
| | A. R de / Security alerted. | Will F |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF ILLINOIS

36

)
)
_____ )
plaintiff, )
)
v.s. )          A F F I D A V I T
)
_____ et al. )
defendants )          CIVIL ACTION NO. _____
)
_____ )
STATE OF ILLINOIS )
)
COUNTY OF Alexander ) SS;
)

Exhibit D

I, Donnie Dewhitt _____, being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon my personal knowledge and belief, and if called as witness, I am competent to testify thereto;

ON TUESDAY June 26 2012 I OBSERVED DR. MARVIN POWERS WALKING UP THE STAIRS ON B-2-WING BEHIND Inm WILBURN WHOM WAS BEING ESCORTED BACK TO HIS CELL B-2-6 BY C/O T. JACKSON AND C/O J. PETERSON.

UPON THE OFFICERS SECURING Inm WILBURN IN HIS CELL I THEN HEARD DR. POWERS SAY "LET ME SEE YOUR SHOULDER, YEAH I CAN SEE THE SWOLLEN - PUFFINESS IN YOUR SHOULDER BUT THERE'S NOTHING I CAN DO ABOUT IT, YOU HAVE AN INTERNAL INJURY MR. WILBURN" AND WALKED DOWN THE WING, PASSING MY CELL B-2-10 AND THEN I HEARD Inm WILBURN YELLED OUT TO DR. POWERS STATING," YOU'RE MY DOCTOR, AND YOU'RE NOT GOING TO DO ANYTHING THEN ALLOW ME TO SEE AN OUTSIDE SHOULDER SPECIALIST DR. POWERS?" DR. POWERS STOPPED AT THE TOP OF THE STAIRS LOOKING TOWARDS Inm WILBURN CELL B-2-6 AND STATED," YEAH I'm YOUR DOCTOR BUT I'm NOT GOD, I'm NOT MESSING WITH YOUR SHOULDER AND WILBURN I WILL THINK ABOUT YOUR REQUEST TO SEND YOU TO THE SPECIALIST AGAIN IF THIS FACILITY DOESN'T CLOSED OTHERWISE YOU CAN TAKE IT UP WITH YOUR NEW DOCTOR AT PONTIAC, MENARD OR STATEVILLE." AS DR. POWERS STARTED WALKING DOWN THE STAIRS SHAKING HIS HEAD.

THIS THIS STATEMENT IS TRUE AND CORRECT IN SUBSTANCE AND FACT TO THE

EXHIBIT D -

37

BEST OF MY FIRST HAND AND PERSONAL KNOWLEDGE AND IF CALLED AS A WITNESS TO

TESTIFY BEFORE ANY COURT OF LAW BEFORE A JUDGE OR JURY, I AM COMPETENT TO

STATE THE SAME HEREIN.

AFFIANT FURTHER SAYETH NOT

SUBSCRIBED AND SWORN TO BEFORE ME

THIS 10 DAY OF July, 19 2007

_Sarah J. Robertson_

Notary public

Respectfully submitted

_Darren D. White_
Signature

**OFFICIAL SEAL**
**SARAH J. ROBERTSON**
Notary Public - State of Illinois
My Commission Expires Apr 22, 2014

UNSWORN DECLARATION UNDER PENALTY OF PERJURY:

I declare (or certify, verify, or state) under the penalty of perjury,
that I have read and do understand the foregoing affidavit and that
the information contained therein is true and correct so help me God.
Executed within the united states this ___ day of _____ 19___
pursuant to title 28 U.S.C. sec. 1746; 18 U.S.C. sec. 1621.

Signature _____

Witness _____

Exhibit E                38



**Illinois
Department of
Corrections**

**Pat Quinn**
Governor

**S. A. Godinez**
Director

**James R. Thompson Center
100 W. Randolph Street, Suite 4-200
Chicago, IL 60601**

**Telephone: (312) 814-3017
TDD: (800) 526-0844**

Mr. Joseph Wilborn R17937
Tamms Correctional Center
PO Box 400
Tamms, IL 62988
July 17th 2012

Mr. Wilborn:

I have reviewed your correspondence to me dated 6/18/12 as well as your correspondence to
Governor Quinn that was forwarded to me. It appears to me that your shoulder injury has been
stabilized and that you have received appropriate follow up by the providers at the facility.

Should you continue to be dissatisfied you will need to register your complaints through the
grievance process.

*Louis Shicker*

Louis Shicker MD
Agency Medical Director

Cc: Ms. Debbie Denning, Chief of Programs
     Warden Lambert, Tamms Correctional Center
     Ms. Nigel Vinyard, HCUA Tamms CC
     Dr. Marvin Powers, Medical Director Tamms CC
     Mr. Charles Fasano, OHS Medical Coordinator
     Ms. Lisa Prather, OHS Regional Nurse Coordinator
     Dr. Roderick Matticks, Regional Medical Director Wexford Health Sources

50 OF 50
Exhibit F

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Health Status Transfer Summary**

**Transferring Facility:**

TAMMS CORRECTIONAL    Center

Date: 07 , 29 , 11    Time: 915

**Offender Information:**

Wilbourn          Joseph
Last Name         First Name        MI    ID#: R17937

☐ a.m. ☐ p.m.

---

**Transfer Screening** (completed by transferring facility health care staff):

Allergies: PCN                                   Food Handler Approved: N/A

Current / Acute Conditions / Problems: S/P alteration (Dislocation Rt shoulder)

Chronic Conditions / Problems:

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term:

Chronic Long-term: Ø

Chronic Psychotropic:

Current Treatments: Ø

Therapeutic Diets: Ø

Follow-Up Care: Ø

Chronic Clinics: Ø

Specialty Referrals: Ø

Significant Medical History: Hx of dislocated Rt shoulder P/air

Physical Disabilities / Limitations: ✓ visual acuity

Assistive Devices / Prosthetics: Ø                              ☑ Glasses   ☐ Dentures

Mental Health Issues: ☐ Hx Suicide Attempt: Date: ___/___/___   ☐ Hx Psych Med   ☐ Hx MPC / STC   Substance Abuse: ☐ Alcohol ☐ Drugs

R & C Use Only: ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ MEDS  ☐ MH  ☐ Other: _____   ☐ Packet Complete

Wesen Jr                    Wesen L                    07, 29, 11
Print Name and Title                Signature                    Date

---

**Reception Screening** (completed by receiving facility health care staff):

Facility: Tamms MAX Security           Date: 07 , 29 , 11   Time: 455 pm   ☐ a.m. ☑ p.m.

Subjective:
Current Complaint: Voiced Ø

Assessment: Medical Furlough Return

Current Medications/Treatment: Ø Meds. R arm in sling c swath. Received Tetnus in @ deltoid

Objective:
Physical Appearance/Behavior: Calm Cooperative R arm in sling c swath. OO swollen shut Band aid @ deltoid, OS swollen c red

Deformities: Acute/Chronic: conjunctiva

T: 99   P: 88   R: Ø /16   B/P: 128 / 78

Plan: Disposition:
☐ Health Information Given        ☐ Emergency Referral
☐ Sick Call:  Urgent / Routine
☐ Medication Evaluation    ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify):
☑ Infirmary Placement:  Cell #2 on Security hold
☐ Other (specify):

Julie Klein LPN                 Julie Klein Lpn                7, 29, 11
Printed Name and Title              Signature                    Date

---

**For adult transition center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center.  I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility;
Receiving Facility

Printed on Recycled Paper

DOC 0090 (Eff. 9/2002)
(Replaces DC 873)