IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSEPH WILBORN,

    Plaintiff,

v.

DAVID EALEY, *et al.*,

    Defendants.

Case No. 13-cv-70-JPG-PMF

## ORDER

The above-entitled cause having come before the Court, and the Court finding it necessary for the presence of plaintiff Joseph Wilborn in court for trial, the Court directs the issuance of a Writ of Habeas Corpus ad Testificandum for the production of Joseph Wilborn (a/k/a Joseph Wilbourn), IDOC #R17937, in person at the United States District Court at Benton, Illinois, on the 11th day of April, 2016, at the hour of 8:30 a.m.   If produced in person, the U. S. Marshal for the Southern District of Illinois shall take custody of said defendant, and then and there present said individual before the Court and from day to day thereafter as may be necessary; and at the termination of the above-captioned proceedings to return him to the custody of the Warden, Sheriff, or Jailer referenced in the Writ.

**IT IS SO ORDERED.**
**DATED:   March 23, 2016.**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **UNITED STATES DISTRICT JUDGE**